112 A.3d 1209

**COMMONWEALTH of Pennsylvania, Respondent**

v.

Thomas Michael **LUTZ–MORRISON, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether [Petitioner] is subject to lifetime reporting requirements pursuant to 42 Pa.C.S.A[.] § 9799.15.